Derek J. Ashton, OSB No. 871552
Email: dashton@cosgravelaw.com
Paul A. C. Berg, OSB No. 062738
Email: pberg@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

Attorneys for Defendants Securitas Security
Services USA, Inc. and Denis R. Brown

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| ANDREW G. CLARK,<br><br>    Plaintiff,<br>v.<br><br>WELLS FARGO, N.A.; OGLETREE DEAKINS NASH SMOAK AND STEWART; WELLS FARGO HOME MORTGAGE; WELLS FARGO AND COMPANY; SECURITAS CORP.; and DENIS R. BROWN,<br><br>    Defendants. | Case No. 6-13-CV-1546-001-AA<br><br>**STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT SECURITAS CORP.** |

IT IS STIPULATED between plaintiff and defendant Securitas Corp. that plaintiff's claims against Securitas Corp. be dismissed without prejudice and without costs or attorney fees to either party.

DATED: 12-22-2013

By: /s/ Andrew G. Clark  12-22-2013
Andrew G. Clark
Plaintiff Pro Se

DATED: 12/27/2013

By: /s/
Derek J. Ashton, OSB No. 871552
Paul A. C. Berg, OSB No. 062738
Of Attorneys for Defendants Securitas
Security Services USA, Inc. and
Denis R. Brown

Page 1 -   STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT SECURITAS CORP.

1927945

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Based upon the parties' stipulation, it is

ADJUDGED that plaintiff's claim against defendants is dismissed without prejudice and without costs or attorney fees to either party.

DATED this 9 day of January, 2013.

_____
Honorable Chief District Judge Ann Aiken

Submitted by:
Derek J. Ashton
Paul A. C. Berg
COSGRAVE VERGEER KESTER LLP
Telephone: 503-323-9000
Fax: 503-323-9019
E-mail: dashton@cosgrave.com
        pberg@cosgravelaw.com

Of Attorneys Defendants Securitas Security Services USA, Inc. and Denis R. Brown

Page 2 -   STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT SECURITAS CORP.

1927945

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019