Derek J. Ashton, OSB No. 871552
Email: dashton@cosgravelaw.com
Paul A. C. Berg, OSB No. 062738
Email: pberg@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:  (503) 323-9000
Facsimile:  (503) 323-9019

Attorneys for Defendants Securitas Security
Services USA, Inc. and Denis R. Brown

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ANDREW G. CLARK,<br><br>　　　　　Plaintiff,<br>v.<br><br>WELLS FARGO, N.A.; OGLETREE DEAKINS NASH SMOAK AND STEWART; WELLS FARGO HOME MORTGAGE; WELLS FARGO AND COMPANY; SECURITAS CORP.; and DENIS R. BROWN,<br><br>　　　　　Defendants. | Case No. 6-13-CV-1546-001-AA<br><br>**STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT DENIS R. BROWN** |

IT IS STIPULATED between plaintiff and defendant Denis R. Brown that plaintiff's claims against Denis R. Brown be dismissed without prejudice and without costs or attorney fees to either party.

DATED: 12-22-2013

By: /s/ Andrew G. Clark
Andrew G. Clark
Plaintiff *Pro Se*

DATED: 12/27/2013

By: /s/
Derek J. Ashton, OSB No. 871552
Paul A. C. Berg, OSB No. 062738
Of Attorneys for Defendants Securitas
Security Services USA, Inc. and
Denis R. Brown

Page 1 - STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT DENIS R. BROWN

1927947

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Based upon the parties' stipulation, it is

ADJUDGED that plaintiff's claim against defendants is dismissed without prejudice and without costs or attorney fees to either party.

DATED this 15 day of January, 2013.

_____
Honorable Chief District Judge Ann Aiken

Submitted by:
Derek J. Ashton
Paul A. C. Berg
COSGRAVE VERGEER KESTER LLP
Telephone: 503-323-9000
Fax: 503-323-9019
E-mail: dashton@cosgrave.com
         pberg@cosgravelaw.com

Of Attorneys Defendants Securitas Security Services USA, Inc. and Denis R. Brown

Page 2 -   STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT DENIS R. BROWN
1927947

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019